**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**ISAIAH ALLEN**                                                                                  **PLAINTIFF**
*ADC #189223*

**v.**                                            **No: 4:26-cv-516-KGB-PSH**

**MIKE KNADOL,** *et al.*                                                             **DEFENDANTS**

**PROPOSED FINDINGS AND RECOMMENDATION**

**INSTRUCTIONS**

The following Recommendation has been sent to Chief United States District Judge Kristine G. Baker. You may file written objections to all or part of this Recommendation.  If you do so, those objections must:  (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation.  By not objecting, you may waive the right to appeal questions of fact.

**DISPOSITION**

Plaintiff Isaiah Allen, an inmate at the Dallas County Detention Center, filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 on May 20, 2026 (Doc. No. 2).  On May 26, 2026, the Court granted his application to proceed *in forma pauperis* and

directed him to file an amended complaint to clarify his claims.[1]  *See* Doc. No. 3.

He was cautioned that his failure to file an amended complaint within 30 days may

result in the dismissal of his claims.  *Id.*

More than 30 days have passed, and Allen has not complied or otherwise

responded to the May 26 order.  Accordingly, the Court finds that this action should

be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and

failure to respond to the Court's orders.  *See Miller v. Benson*, 51 F.3d 166, 168 (8th

Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for

failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

It is therefore recommended that Allen's complaint (Doc. No. 2) be dismissed

without prejudice.

DATED this 9th day of July, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] In an Initial Order for *Pro Se* Prisoner Plaintiffs (Doc. No. 3), Allen was notified of his obligation to comply with the Federal Rules of Civil Procedure as well as Local Rules for the Eastern District of Arkansas, including Local Rule 5.5(c)(2).  Specifically, he was notified that it was his duty pursuant to Local Rule 5.5(c)(2) to promptly notify the Clerk and parties to the proceedings of any change of address.  He was also notified that failure to respond to any communication from the Court within 30 days may result in recommended dismissal of his case.  Doc. No. 3 at 1.