**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ISAIAH ALLEN** **PLAINTIFF**
**ADC #189223**

**v.** **Case No. 4:26-cv-00516-KGB**

**MIKE KNADOL, *et al.*** **DEFENDANTS**

**ORDER**

The Court has reviewed the Proposed Findings and Recommendation ("Recommendation") submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 4). The parties have not filed any objections to the Recommendation, and the time to file objections has passed. Accordingly, after careful consideration, the Court approves and adopts the Recommendation in its entirety as this Court's findings in all respects (*Id.*). Plaintiff Isaiah Allen's claims are dismissed without prejudice (Dkt. No. 2). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal is considered frivolous and not in good faith.

It is so ordered this the 28th day of July, 2026.

Kristine G. Baker
Chief United States District Judge